# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DENISE GONZALEZ,

    Plaintiff,

v.                                                              CV No. 18-858 WJ/CG

MRC GLOBAL, INC.,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 initial scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 8), filed October 4, 2018. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 11).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE