IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENISE GONZALEZ,

    Plaintiff,

v.                                             CV No. 18-858 WJ/CG

MRC GLOBAL, INC.,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND CAPTION

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion to Amend Caption*, (Doc. 15), filed October 15, 2018. Defendant, MRC Global (US) Inc., has been incorrectly named in this matter as MRC Global, Inc., and now moves to amend the case caption. (Doc. 15). The Court, having reviewed the Motion and noting it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the caption in this case be amended to reflect Defendant's correct name, MRC Global (US) Inc.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE