# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DENISE GONZALEZ,

    Plaintiff,

v.                                                     CV No. 18-858 WJ/CG

MRC GLOBAL (US), INC.,

    Defendant.

## ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on Defendant's' *Unopposed Motion to Postpone Settlement Conference*, (Doc. 29), filed April 16, 2019. The Court, having read the Motion and noting that it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Telephonic Status Conference set for April 18, 2019 at 2:00 p.m., and the Settlement Conference set for April 25, 2019, at 9:00 a.m., are hereby **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE