IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENISE GONZALEZ,

      Plaintiff,

v.                                                  CV No. 18-858 WJ/CG

MRC GLOBAL (US) INC.,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO ACCEPT EXHIBIT UNDER SEAL

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Accept Exhibit Under Seal*, (Doc. 36), filed June 17, 2019. Plaintiff asks to file under seal Exhibit B to Plaintiff's *Response in Opposition to Defendant's Motion for Summary Judgment*, (Doc. 37). Plaintiff states Exhibit B is subject to the parties' *Stipulated Protective Order*, (Doc. 32), and contains confidential, proprietary, business information. (Doc. 36). The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion to Accept Exhibit Under Seal*, (Doc. 36), is **GRANTED**, and Plaintiff may file Exhibit B to her Response under seal.

      **IT IS SO ORDERED**.

                                            THE HONORABLE CARMEN E. GARZA
                                            CHIEF UNITED STATES MAGISTRATE JUDGE