**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DENISE GONZALEZ,

      Plaintiff,

v.                                                                    CV No. 18-858 WJ/CG

MRC GLOBAL (US), INC.,

      Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on review of the record. **IT IS HEREBY**

**ORDERED** that a status conference will be held by telephone on **Tuesday July 9,**

**2019, at 2:30 p.m.**

Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts,

and enter access code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE