# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DENISE GONZALEZ,

    Plaintiff,

v.                                                       CV No. 18-858 WJ/CG

MRC GLOBAL (US), INC.,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **September 12, 2019, at 2:30 p.m.** Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED.**

                                                         THE HONORABLE CARMEN E. GARZA
                                                         CHIEF UNITED STATES MAGISTRATE JUDGE