**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DENISE GONZALEZ,

    Plaintiff,

v.                                               CV No. 18-858 WJ/CG

MRC GLOBAL (US), INC.,

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS THEREFORE ORDERED** that the settlement conference scheduled for **Wednesday, November 6, 2019, at 9:00 a.m.**, in the United States Courthouse in Las Cruces, New Mexico, is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE