# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DENISE GONZALEZ,

    Plaintiff,

v.                                              CV No. 18-858 WJ/CG

MRC GLOBAL (US), INC.,

    Defendant.

## AMENDED ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon communication from counsel. Counsel for Defendant has requested a thirty-day extension to submit closing documents.

**IT IS THEREFORE ORDERED** that closing documents are to be filed **no later than December 31, 2019**, absent a request showing good cause for an extension.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE